UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL REEVES,<br><br>　　　　　　　　　　Plaintiff<br><br>　v.<br><br>STATE OF NEVADA, *et. al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 3:25-CV-00348-MMD-CLB<br><br>**ORDER TO EITHER PAY FILING FEE OR FILE COMPLETE APPLICATION TO PROCEED** *IN FORMA PAUPERIS* |

**I.　DISCUSSION**

On July 11, 2025, Plaintiff Michael Reeves ("Reeves"), an inmate in the custody of the Washoe County Detention Center, submitted a civil rights complaint with the Court. (ECF No. 1-1.) Reeves also submitted an application to proceed *in forma pauperis*, (ECF No. 1), however, the application is incomplete.

Pursuant to 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to begin a civil action in this Court may apply to proceed *in forma pauperis* in order to file the civil action without prepaying the full $405 filing fee. To apply for *in forma pauperis* status, the inmate must submit <u>all three</u> of the following documents to the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, this Court's approved form (i.e., pages 1 through 3 with the inmate's two signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate **and** a prison or jail official (i.e., page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

Because Reeves's application to proceed *in forma pauperis* is incomplete, it is denied, with leave to refile. The Court will grant Reeves a **one-time** opportunity to file a

fully complete application to proceed *in forma pauperis* containing all three of the required documents, or in the alternative, pay the full $405 filing fee for this action on or before            . Absent unusual circumstances, the Court will not grant any further extensions of time.

If Reeves is unable to file a fully complete application to proceed *in forma pauperis* with all three required documents or pay the full $405 filing fee on or before **Monday, September 8, 2025**, this case will be subject to dismissal without prejudice for Reeves to file a new case with the Court when Reeves is either able to acquire all three of the documents needed to file a fully complete application to proceed *in forma pauperis* or pays the full $405 filing fee.

A dismissal without prejudice means Reeves does not give up the right to refile the case with the Court, under a new case number, when Reeves has all three documents needed to submit with an application to proceed *in forma pauperis*. Alternatively, Reeves may choose not to file an application to proceed *in forma pauperis* and instead pay the full filing fee of $405 on or before **Monday, September 8, 2025** to proceed with this case.

## II.     CONCLUSION

For the foregoing reasons, **IT IS ORDERED** that Reeves's incomplete application to proceed *in forma pauperis*, (ECF No. 1), is **DENIED with leave to refile**.

**IT IS FURTHER ORDERED** that the Clerk of the Court will **SEND** Reeves the approved form application to proceed *in forma pauperis* by an inmate, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

**IT IS FURTHER ORDERED** that on or before **Monday, September 8, 2025**, Reeves will either pay the full $405 filing fee for a civil action (which includes the $350 filing fee and the $55 administrative fee) or file with the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this Court's approved form (i.e., pages 1 through 3 of the form with the inmate's two signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail

official (i.e., page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

**IT IS FURTHER ORDERED** that, if Reeves does not file a fully complete application to proceed *in forma pauperis* with all three documents or pay the full $405 filing fee for a civil action on or before **Monday, September 8, 2025**, this case will be subject to dismissal <u>without prejudice</u> for Reeves to refile the case with the Court, under a new case number, when Reeves has all three documents needed to file a complete application to proceed *in forma pauperis* or pays the full $405 filing fee.

**IT IS SO ORDERED.**

**DATED**: July 25, 2025

_____
**UNITED STATES MAGISTRATE JUDGE**