UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL REEVES,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br>STATE OF NEVADA<br>　　　　　　　　　　Defendant. | Case No. 3:25-cv-00348-MMD-CLB<br><br>ORDER |

Pro se Plaintiff Michael Reeves filed an application to proceed *in forma pauperis* (ECF No. 4 ("IFP Application")) and a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1-1 ("Complaint)). Before the Court is the Report and Recommendation (ECF No. 5 ("R&R")) of United States Magistrate Judge Carla Baldwin, recommending that the Court grant Reeves's IFP Application, dismiss his Complaint with leave to amend, and dismiss the State of Nevada with prejudice. (ECF No. 5.) Plaintiff had until September 2, 2025 to object to the R&R. To date, no objection has been filed. For that reason, and as further explained below, the Court will adopt the R&R in full.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Baldwin did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). In the R&R, Judge Baldwin screens the Complaint under 28 U.S.C. § 1915A and recommends dismissal because Reeves alleges that he was arrested for a crime he did not commit, but he does not name the Defendant(s) responsible nor assert that the officers lacked probable cause to arrest him. (ECF No. 5 at 4.) Additionally, Judge Baldwin recommends dismissing the State of Nevada with prejudice because Reeves cannot raise his claim against the State of

Nevada, and amendment would be futile. (*Id.* at 3-4.) Judge Baldwin also reviewed the information regarding Reeves's financial status and, finding him unable to pay an initial installment payment, recommends granting his IFP Application. (*Id.* at 2.) The Court will adopt Judge Baldwin's R&R in full.

It is therefore ordered that Judge Baldwin's Report and Recommendation (ECF No. 5) is accepted and adopted in full.

It is further ordered that Plaintiff's application to proceed *in forma pauperis* (ECF No. 4) is granted.

It is further ordered that Reeves is not required to pay an initial installment fee. Nevertheless, the full filing fee should still be due, even if this action is dismissed or is otherwise unsuccessful, pursuant to 28 U.S.C. § 1915, as amended by the Prison Litigation Reform Act. The movant herein is permitted to maintain this action to conclusion without the necessity of prepayment of fees or costs or the giving of security therefor. This order does not extend to the issuance and/or service of subpoenas at government expense.

It is further ordered that the Washoe County Jail pay to the Clerk of the United States District Court, District of Nevada, 20% of the preceding month's deposits to the account of MICHAEL REEVES, #119554 (in months that the account exceeds $10.00) until the full $350.00 filing fee has been paid for this action.

The Clerk of Court is directed to file the complaint (ECF No. 1-1), but not issue summons at this time.

It is further ordered that the complaint be dismissed with leave to amend.

It is further ordered that the State of Nevada be dismissed with prejudice.

The Clerk of Court is directed to send to Reeves the approved form for filing a civil rights complaint pursuant to 42 U.S.C. § 1983, instructions for the same, a copy of his original complaint (ECF No. 1-1), and a courtesy copy of General Order No. 2021-05.

It is further ordered that if Reeves chooses to file an amended complaint curing the deficiencies of his original complaint, as outlined in this order and Judge Baldwin's R&R

1  (ECF No. 5), Reeves must file the amended complaint within 30 days from the date of
2  entry of this order. If Reeves chooses not to file an amended complaint curing the stated
3  deficiencies within 30 days, the Court will dismiss this action without prejudice.
4       DATED THIS 19th Day of September 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE