UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

MICHAEL REEVES,

                                    Plaintiff,

        v.

STATE OF NEVADA,

                                    Defendant.

Case No. 3:25-cv-00348-MMD-CLB

ORDER

Pro se Plaintiff Michael Reeves filed a civil rights complaint under 42 U.S.C. § 1983. (ECF No. 1-1.) Before the Court is the Report and Recommendation of United States Magistrate Judge Carla Baldwin, recommending that the Court dismiss this case without prejudice. (ECF No. 9 ("R&R").) Reeves had until May 21, 2026 to object to the R&R. To date, no objection has been filed. For that reason, and as further explained below, the Court will adopt the R&R in full.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Baldwin did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but only if, one or both parties file objections to the findings and recommendations.") (emphasis in original). In the R&R, Judge Baldwin recommends dismissing this case without prejudice due to Reeves' failure to comply with the Court's September 19, 2025 order dismissing the Complaint and directing Reeves to file an amended complaint within 30 days. (ECF No. 9.) The Court will adopt Judge Baldwin's R&R in full.

It is therefore ordered that Judge Baldwin's Report and Recommendation (ECF No. 9) is accepted and adopted in full.

It is further ordered that this action is dismissed without prejudice.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 1st Day of June 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE